

The relief described hereinbelow is SO ORDERED.

Signed May 16, 2013.

_____
Ronald B. King
United States Chief Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### San Antonio Division

IN RE: **Michelle Mitchell**, Debtor(s)         Case No.: 08−53615−rbk

### ORDER DENYING PAYMENT
### OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

  NAME:       Kearney & Company
  ADDRESS:    35308 SE Center St
              Snoqualmie, WA 98065

Claimant, for payment of a dividend from unclaimed funds in the amount of $6425.56.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
       Date funds were paid:
       Per court order signed:
       Schedule Number:
       Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☑ 4. Other: NO ID ATTACHED FOR PROOF OF CREDITOR.

###