The relief described hereinbelow is SO ORDERED.

Signed May 16, 2013.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**Western District of Texas**
**San Antonio Division**

IN RE: **Michelle Mitchell** , Debtor(s)      Case No.: 08−53615−rbk

**ORDER DENYING PAYMENT**
**OF A DIVIDEND UNCLAIMED FUNDS**

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:      Kearney & Company
    ADDRESS:      35308 SE Center St
          Snoqualmie, WA 98065

Claimant, for payment of a dividend from unclaimed funds in the amount of $6425.56.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
     Date funds were paid:
     Per court order signed:
     Schedule Number:
     Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☑ 4. Other: NO ID ATTACHED FOR PROOF OF CREDITOR.

###

United States Bankruptcy Court
Western District of Texas

In re: Case No. 08-53615-rbk
Michelle Mitchell Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-5     User: lunae     Page 1 of 2     Date Rcvd: May 16, 2013
                     Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2013.
cr         +Kearney & Company,    c/o Dilks & Knopik, LLC,    35308 SE Center St,    Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2013**                      **Signature:**    */s/ Joseph Speetjens*

```
District/off: 0542-5          User: lunae                Page 2 of 2                    Date Rcvd: May 16, 2013
                              Form ID: pdfintp           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2013 at the address(es) listed below:
          Mary K Viegelahn    documents@sach13.com
          Patrick Alan Swindell    on behalf of Debtor Michelle  Mitchell satecfonly@borenswindell.com
          Patrick D. McCarren    on behalf of Creditor    CitiMortgage, Inc. pmccarren@hwa.com
          United States Trustee - SA12, 12    USTPRegion07.SN.ECF@usdoj.gov
          William P. Weaver, Jr    on behalf of Creditor    Security Service FCU billweaverbk@swbell.net
                                                                                                                                                     TOTAL: 5